NO. 07-10-00320-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 3, 2011

_____

CHRISTIAN PRESCHOOL CENTERS, INC., D/B/A STEPPING
STONES LICENSE NO. 159978, APPELLANT

v.

ANNE HEILIGENSTEIN, IN HER REPRESENTATIVE CAPACITY AS
COMMISSIONER OF THE TEXAS DEPARTMENT OF FAMILY
PROTECTIVE SERVICES, APPELLEE

_____

FROM THE 237TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2009-549,750; HONORABLE LESLIE HATCH, JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Appellant, Christian Preschool Centers, Inc. d/b/a Stepping Stones License 159978, has filed an unopposed motion to dismiss this appeal because the issue in controversy is no longer at issue. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. See Tᴇx. R. Aᴘᴘ. P. 42.1(a)(1). Although appellant requested that costs be taxed against the incurring party, because there was no enforceable agreement of the parties included with appellant's

motion, <u>see</u> TEX. R. APP. P. 6.6, all costs related to this appeal are assessed against appellant.  <u>See</u> TEX. R. APP. P. 42.1(d).  If dismissal will prevent appellee from seeking relief to which she would otherwise be entitled, the Court directs appellee to file a timely motion for rehearing.  No motion for rehearing from appellant will be entertained.


Mackey K. Hancock
Justice